AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Albuquerque Cosper Head<br><br>_Defendant_ | ) Case: 1:21-cr-00291<br>) Assigned to: Judge Berman Jackson, Amy<br>) Assign Date: 4/9/2021<br>) Description: INDICTMENT (B)<br>) Related Case No: 21-cr-00246 (ABJ)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Albuquerque Cosper Head

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 Obstruction of an Official Proceeding; 18 U.S.C. § 231(a)(3) Civil Disorder; 18 U.S.C. § 111(a)(1) Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. § 1752(a)(1) Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds;18 U.S.C. § 1752(a)(3) Impeding Ingress and Egress in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4) Engaging in Physical Violence in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(E) Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) Act of Physical Violence in the Capitol Grounds or Buildings;

Date:    04/09/2021

2021.04.09 16:14:52
-04'00'

_Issuing officer's signature_

City and state:    Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 04-14-2021, and the person was arrested on _(date)_ 04-14-2021
at _(city and state)_ Johnson City TN.

Date: 04-14-2020

_Arresting officer's signature_

Herbert M. Adams  FBI TFO
_Printed name and title_