**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:21-CR-291-002 |
| ) | |
| ALBUQUERQUE COSPER HEAD ) | |

## CONSENT MOTION TO DOCKET REDACTED EXHIBIT PERTAINING TO MR. HEAD'S SENTENCING MEMORANDUM

Albuquerque Head, through counsel, respectfully moves for an order to publicly docket a redacted version of Exhibits to Mr. Head's Sentencing Memorandum.

In support, the following is submitted:

1. Sentencing is scheduled for October 27, 2022, at 10:00AM. Sentencing Memoranda and any supporting documents are due October 17, 2022.

2. Exhibit A to the Defendant's sentencing memorandum contains personal identification and location information for individuals that have offered support of Mr. Head. To protect their identity and location, a redacted version is requested to be filed in the public docket.

3. Counsel for Mr. Head contacted counsel for the Government who indicated that they do not object to Mr. Head's request.

**WHEREFORE**, Albuquerque Head, through counsel, respectfully request that this Court issue an Order directing the Clerk of the Court publicly docket a redacted version of Exhibit A to Mr. Head's Sentencing Memorandum.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY:  s/ *G. Nicholas Wallace*
G. Nicholas Wallace
ASB No. 6992D56F

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.
800 South Gay Street, Suite 2400
Knoxville, TN  337929
(865) 637-7979

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

s/ *G. Nicholas Wallace*