UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No.  1:21-CR-291 |
| ) | |
| ALBUQUERQUE COSPER HEAD ) | |

**DEFENDANT'S RESPONSE TO COURT**

Albuquerque Head, through counsel, respectfully submits this response to the Court's Minute Entry, dated October 17, 2022.

Pursuant to Standing Order No 21-28, the presiding judge may seek the position of the parties before determining whether the release is appropriate.

Mr. Head understands the general and long-standing presumption in favor of public access to judicial records. *See Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555 (1980); *Nixon v. Warner Communications, Inc.*, 435 U.S. 589 (1978); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980) (creating the *Hubbard* test). This identical issue was examined in *United States v. Jackson*, 1:21-MJ-115 and the *Hubbard* test was employed. The District Court weighed all of the *Hubbard* factors and overwhelmingly determined that public access to the videos was appropriate. *See* 1:21-MJ-115, ECF Doc. 24.

As in the previous responses, Mr. Head takes no position on the relief sought by the Press Coalition in Doc. 151.

                                                     RESPECTFULLY SUBMITTED:

                                                     FEDERAL DEFENDER SERVICES OF
                                                     EASTERN TENNESSEE, INC.

BY:   s/ *G. Nicholas Wallace*
           G. Nicholas Wallace
           ASB No. 6992D56F
           FEDERAL DEFENDER SERVICES

OF EASTERN TENNESSEE, INC.
800 South Gay Street, Suite 2400
Knoxville, TN  337929
(865) 637-7979

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2022, a copy of the foregoing Response was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

                              s/ *G. Nicholas Wallace*