To Judge Amy Berman Jackson

From Amanda Rock (Albuquerque significant other)

I am writing this letter today on behalf of Albuquerque Head, my rock, my other half, the father of our children in hopes this letter will better characterize who he is daily. I met Albuquerque in 2016 briefly. It wasn't until 2017 I saw him again and we instantly hit it off. He did have a troubled past before me, but that is something I don't know about and can't speak about. I do know The Albuquerque from 2017 to the present. He is a good, caring, and loving man, he took in my oldest like she was his from day one, he went to work every day has always made sure we had everything we needed, even if it had to take things away from him like not buying boots even though he needs them to work. After he came, I was able to stay at home with my oldest and we could start our 5-year plan like we had been talking about since we met. We welcomed our first daughter in June of 2019 and our second daughter in September of 2020. I stayed at home and took care of the babies and the animals we had, and he went to work and provided for us every day. I never had to worry about the bills being paid because he always made sure everything was taking care of. We didn't have to worry about the lights getting cut off, rent not getting paid, etc.… We was just getting ready to buy the house we were living in when he went to jail in April of 2021. I will never forget that day because I replay it every day. That is the last time the girls and I seen him or been able to hug him.

I didn't know what I was going to do. I hadn't worked in over 5 years. Not to mention we don't have anyone family or friends that can help us. In October of 2021 Albuquerque's father passed. I was the one who had to tell him. That was another one of our hardest days.  I was able to start work in Nov of 2021, but it has been one of the hardest things I had to do, then. After that working and having a sitter was too hard, I had to quit working. Then the beginning of the year 2022 I had to figure something out and move a house full of 5 people's things inside and out by myself, with the exception with a few dear friends who can really help when the times are hard. I didn't have the money to move I can't get state help where I live, if it hadn't been for helpful organizations paying my deposit and rent for many months to try and let me get ahead and focus on these precious babies, I honestly don't know what I would have done. I am not saying everyone doesn't deserve actions for their consequences, but at the end of the day its not the men who are going to suffer through all of this. Luckily the girls have been able to talk to him most days and get video visits due to some great people that are still in this world. I will do whatever I have to make sure these girls are taken care of and make them best understand why daddy is not here, but these children are the ones who are suffering.

Sincerely a grieving wife and mother

Amanda Rock

Hon. Judge Amy Berman Jackson,

Hello, my name is Victoria Head, and I am Albuquerque Head's sister. I am writing this letter to ask for leniency when sentencing him. I understand that he has plead guilty and will be in your court to determine the length of time he will be incarcerated.

I am asking that you let Albuquerque prove that he has learned from this mistake. In talking with him over these last 19 months, his remorse is so evident. If he could take it all back, I know that he would. He misses his little girls beyond words. Virginia Harper turned three in June and Dollie Jean will be two in September. Albuquerque has already missed so much of their lives. These girls need their daddy. And he is such a great Dad. Albuquerque understands how his actions have affected all of us. Not being here when our father passed was such a punishment for Albuquerque. He wasn't able to say goodbye. I know the guilt my brother carries for leaving all of us to contend with life alone is immense. Watching and knowing Amanda, his fiancé, is struggling to keep their family and home together without him, the guilt is overwhelming. Albuquerque loves these kids beyond words and they miss him terribly.

My son asks about his Uncle Albuquerque, and we lie. We tell him that he's away for work. But he's not stupid, he asks if his daddy is going away. It is so hard to know what to say to him. We keep praying Albuquerque can come home before the children are old enough to understand. I know Dollie is having a hard time letting her mom go to work. I know she wonders if she's coming back. These kids need their Dad. And Albuquerque is a great Dad and Uncle. He always has time to play or listen to a story or to be goofy. My son, William, always liked being with his Uncle, doing guy stuff. Working on the lawnmower, planting in the garden, or just walking in the woods. Albuquerque makes a point of being with the kids. And he is so good at it.

Albuquerque is needed in so many ways. My mother is struggling to keep her life together. We lost my Dad in October of this past year. My dad expected Albuquerque to be here to help my mother. ~~He maintain her home, cared for her~~ Emotionally and physically. She needs the grandkids in her life and without Albuquerque here, she doesn't see them much. He would never go a week without seeing my mother. And ~~she~~ needs his help to maintain her home. My dad tried to leave things so they would be easy as possible for her, but she

still needs help. She misses Albuquerque most of all. Albuquerque has never had so much to loose and he just got it all together. He is a loyal and honest worker. He had just gotten a promotion to foreman before this happend. He has worked for the same company his whole life, off and on. Mark Kelley has stood by Albuquerque because he knows what a good man he truly is. He has his job waiting for him. He has his family waiting for him.

Albuquerque is not a hardened criminal by any means. He has made mistakes and we all know that. He's made bad choices and had his issues with drugs and alcohol. But he also recovered from those issues with not a lot of help. Albuquerque had been clean almost 5 years when he was arrested. He was finally off paper after a lifetime of probation. He finally met a woman he wanted to raise a family with. He finally got the promotion he needed. He finally had things going his direction. Our family has always stood by one another and we all and we were all so proud of the choices he'd been making. So how does this one day ruin all of that? My mind is boggled. I had never heard my brother even discuss politics before Trump. Never has he been a part of anything remotely close to this.

Albuquerque never finished school, but he is far from stupid. How he followed the propaganda was a joke to most of us. No one would have thought it would lead to this. I think we would have tried to intervene had we took it and him more serious. I can't say what he was thinking then, but I know he wasn't in his right mind. Brainwashed is the term people are using. I'm not sure it fits but he chose. Albuquerque is smart enough to know he was wrong and he is sorry for his actions. He feels foolish and I know that, for him, is the worst kind of feeling. He feels guilt and remorse. He has already learned whatever there is to learn from his bad choices. As I said before, Albuquerque is not a hardened criminal. But if he stays in jail much longer, he will be. I am not sure how to say all I want you to understand and I am ~~too dag~~ trying to not get emotional. We need my brother home. The sooner, the better. Our lives are not the same, nor will they ever be again. Albuquerque needs to be able to rebuild his life while he still has a life to rebuild. Prison will not make him a better man nor a better citizen. It will destroy all that is good in my brother and leave an empty shell. It would destroy the lives of my mother, his children

and his fiancé. So I am begging you for leniency. I am begging you to give him the chance to prove he's learned from his mistakes. There is no punishment worse than the one he puts on himself daily as he watches his family slip away. Thank you for your consideration.

Respectfully,

Victoria Rose Head

P.S. I am sorry I didn't type this, or rewrite out the mistakes. I have rewritten this letter hundreds of times and am now at the deadline. Please accept my apologies.



RE: ALBUQUERQUE C HEAD

To whom it may concern,

While I can't speak to his current charges, I know about his past and in the past five years he has turned his life around. I have known him for over twenty years. He has worked continuously for █████████ █████████ since April 2018. He has two small children and a fiancé to support. He is one of the best workers we have at the company. His job position is not currently filled and he can return to work as soon as he is available. If you need to speak to me concerning his character or employment records please contact me at █████████

Sincerely,