UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v. ) | No. 1:21-CR-291-002 |
| ) | |
| ALBUQUERQUE COSPER HEAD ) | |

**MOTION FOR LEAVE TO FILE LATE SUPPLEMENT**
**TO SENTENCING MEMORANDUM**

Albuquerque Head, by counsel, respectfully moves the Court to allow him to file a late Supplement to his Sentencing Memorandum. The additional letter was just received by counsel for Mr. Head and is important for the Court's consideration in advance of Mr. Head's upcoming sentencing hearing on October 27, 2022. Accordingly, defense counsel requests that the previously filed Sentencing Memorandum be supplemented with the attached letter on Mr. Head's behalf.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY:   s/ *G. Nicholas Wallace*
G. Nicholas Wallace
ASB No. 6992D56F
FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.
800 South Gay Street, Suite 2400
Knoxville, TN  337929
(865) 637-7979

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, a copy of the foregoing Supplement to Defendant's Sentencing Memorandum was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

s/ *G. Nicholas Wallace*