

# NORTHERN NECK REGIONAL JAIL

Serving • Richmond Co. • Westmoreland Co. • Northumberland Co. • Town of Warsaw • Gloucester Co.
P. O. Box 1090, 3908 Richmond Road, Warsaw, Virginia 22572
(804) 333-6419 • Fax (804) 333-6029

Ted Hull, CJM, MBA
Superintendent

R. Michelle Lewis
Deputy Superintendent

Amy J. Dameron
Director of Finance &
Administration

Brian Seal
Director of Community Based
Probation & Offender Reentry

Captain Jonathan B. English
Chief of Security

Captain E. B. Luna
Chief of Intake & Receiving

Date: October 20, 2022

Re: Letter of Incarceration

Inmate Name: HEAD, ALBUQUERQUE COSPER

To whom it may concern,

Inmate HEAD, ALBUQUERQUE COSPER has been incarcerated at NNRJ since April 22, 2021. While at NNRJ Inmate Head has worked as a jail worker as a floor trusty and painter. He has done this for approximately 12 months throughout his incarceration here.

While at NNRJ he has been involved in one minor incident. However, throughout his 18 months here at NNRJ he has remained respectful towards staff. Currently he is housed in what we consider a Worker Honor Pod which means he has not been involved in any kind of incident for a while.

Sincerely,

Chief of Intake and Receiving

Captain Luna

*"Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it is the only thing that ever has."*
*M Meade*