UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-CR-291-002 |
| | ) | |
| ALBUQUERQUE COSPER HEAD | ) | |

### UNOPPOSED MOTION TO CONDUCT RESTITUTION HEARING VIA A VIDEO HEARING

Defendant Albuquerque Head, by and through counsel, moves this Honorable Court to conduct the currently scheduled restitution hearing via video. The following is offered in support:

1. A sentencing hearing took place on October 27, 2022, whereby Mr. Head was sentenced to a term of imprisonment of 90 months, followed by 3 years of supervised release. The Court further imposed restitution of $2,000[1] but also deferred a final restitution order at the Government's request[2]. A final restitution hearing was scheduled for December 16, 2022, at 9:30am[3], along with a briefing scheduled for the parties in advance of that final hearing.

2. Mr. Head, through counsel, has previously notified this Court of his willingness to waive his physical presence at the restitution hearing. (Doc. 169). As of the filing of the Motion, Mr. Head is now in BOP custody, currently located at FDC Philadelphia, in Philadelphia, PA.

---

[1] Pursuant to a written plea agreement, the parties had previously agreed to a total restitution amount of $2,000. *See* Doc. 123, pg. 9-10.
[2] The Government's request to defer restitution for up to 90 days is detailed in its sentencing memorandum, Doc. 159, pg. 58.
[3] This hearing was scheduled in conjunction with the already scheduled restitution hearing in *U.S. v. Kyle Young*, 1:21-cr-291-003, a co-defendant to Mr. Head with the same unresolved restitution issue.

3. Because counsel for Mr. Head is located out-of-district, the Court had indicated that the currently schedule restitution hearing could be conducted via video conference. Official action to this effect does not appear to have taken place according to the case's docket sheet.

4. To avoid necessary travel arrangements and provide better accommodation for all the parties involved, a video hearing is requested.

5. Counsel has communicated with counsel for the Government, who has no objection. Counsel has also communicated with counsel for co-Defendant Kyle Young, who also has no objection and joins in the request.

In consideration of the foregoing, counsel for Mr. Head requests that the currently scheduled restitution hearing be conducted by video.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY: s/ *G. Nicholas Wallace*
G. Nicholas Wallace
ASB No. 6992D56F
Federal Defender Services of
Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN  37929
(865) 637-7979

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2022, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                s/ *G. Nicholas Wallace*